UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-0145** |
| **WARDEN NATHAN CAIN** | **SECTION "F"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Lawrence Williams's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 29th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE